# ALABAMA COURT OF CRIMINAL APPEALS



August 30, 2024

**CR-2023-0822**

Willie James Orr v. State of Alabama (Appeal from Madison Circuit Court: CC-81-236.69)

# <u>NOTICE</u>

You are hereby notified that on August 30, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk